**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6199<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tracie L. Rodriguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6016<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–11905–ABA

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Joseph Rodriguez                                      Tracie L. Rodriguez

    11/5/21                                                           **By the court:** Andrew B. Altenburg Jr.
                                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Rodriguez  
Tracie L. Rodriguez  
    Debtors

Case No. 17-11905-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Nov 05, 2021      Form ID: 3180W      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Rodriguez, Tracie L. Rodriguez, 139 Bonita Drive, Egg Harbor Township, NJ 08234-5865 |
| 519258350 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516621216 | + | Atlantic County Special Civil Part, 1201 Bacharach Boulevard, Atlantic City, NJ 08401-4510 |
| 516621221 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518060200 | + | Homebridge Financial Services, Inc, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516693875 | | Internal Revenue Service, Holtzville, NY |
| 516670409 | + | Northstar Education Finance, The Northstar, Swedback Law, PLLC o/b/o NEF, 305 Greeley Street S., #104B, Stillwater, MN 55082-7029 |
| 516621232 | + | Pier 1, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 516621234 | + | Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 517699900 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 516804142 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 516805153 | + | TD Bank, N.A., Michael E. Blaine, Esq, 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |
| 516621239 | + | Tenaglia & Hunt, 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 516621240 | + | The Northstar, PO Box 7860, Madison, WI 53707-7860 |
| 516842913 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516621244 | | Zales, PO Box 689182, Des Moines, IA 50368 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: AGFINANCE.COM | Nov 06 2021 00:13:00 | Onemain Financial of Pennsylvania, Inc., PO Box 3251, Evansville, IN 47731-3251 |
| 516634701 | | EDI: GMACFS.COM | Nov 06 2021 00:13:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516634774 | | EDI: GMACFS.COM | Nov 06 2021 00:13:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516621214 | + | EDI: GMACFS.COM | Nov 06 2021 00:13:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 516621215 | + | EDI: RMSC.COM | Nov 06 2021 00:13:00 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 516630673 | + | EDI: PHINAMERI.COM | Nov 06 2021 00:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516762558 | | EDI: AIS.COM | Nov 06 2021 00:13:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 516621218 | EDI: BMW.COM | Nov 06 2021 00:13:00 | BMW, PO Box 9001065, Louisville, KY 40290 |
| 516637538 | EDI: BMW.COM | Nov 06 2021 00:13:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 516630398 | + EDI: AISACG.COM | Nov 06 2021 00:13:00 | BMW Financial Services NA, LLC, 4515 Santa Fe Ave. Dept APS, Oklahoma City OK 73118-7901 |
| 516621217 | + EDI: HFC.COM | Nov 06 2021 00:13:00 | Best Buy, PO Box 15519, Wilmington, DE 19850-5519 |
| 516621225 | EDI: CITICORP.COM | Nov 06 2021 00:13:00 | Home Depot, Processing Center, Des Moines, IA 50364 |
| 516621219 | + EDI: CAPITALONE.COM | Nov 06 2021 00:13:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 516828228 | EDI: BL-BECKET.COM | Nov 06 2021 00:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516621220 | + EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Comenity Bank/Venus, PO Box 182789, Columbus, OH 43218-2789 |
| 516731329 | EDI: CRFRSTNA.COM | Nov 06 2021 00:13:00 | Credit First NA, BK13 Credit Operations, PO Box 818011, Cleveland, OH 44181-8011 |
| 516621222 | + EDI: CRFRSTNA.COM | Nov 06 2021 00:13:00 | Firestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 516621223 | + EDI: PHINAMERI.COM | Nov 06 2021 00:13:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 516621224 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 05 2021 20:23:00 | Great Lakes Higher Education, 2401 International Lane, Madison, WI 53704-3192 |
| 516621226 | + Email/Text: Bankruptcy@homebridge.com | Nov 05 2021 20:24:00 | Homebridge Financial Inc., 112 Townpark Drive, Kennesaw, GA 30144-3754 |
| 516804194 | + EDI: IRS.COM | Nov 06 2021 00:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516621227 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2021 20:23:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 516621229 | + EDI: RMSC.COM | Nov 06 2021 00:13:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 516782772 | + EDI: MID8.COM | Nov 06 2021 00:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516754643 | EDI: AGFINANCE.COM | Nov 06 2021 00:13:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516621230 | + EDI: AGFINANCE.COM | Nov 06 2021 00:13:00 | Onemain Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 516621233 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC Bank, PO Box 5570, Brecksville, OH 44101 |
| 516802375 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 516863388 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516863171 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516863374 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516621231 | + EDI: RMSC.COM | Nov 06 2021 00:13:00 | Paypal, PO Box 960080, Orlando, FL 32896-0080 |
| 516687360 | EDI: Q3G.COM | Nov 06 2021 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516687348 | EDI: Q3G.COM | | |

|  |  |  | Nov 06 2021 00:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 516621235 | + | EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Sahalie, PO Box 659707, San Antonio, TX 78265-9707 |
| 516621236 | + | EDI: SALLIEMAEBANK.COM | Nov 06 2021 00:13:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 516621237 | + | Email/Text: birminghamtops@sba.gov | Nov 05 2021 20:24:39 | Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |
| 516621238 |  | EDI: TDBANKNORTH.COM | Nov 06 2021 00:13:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 516685118 | + | Email/Text: birminghamtops@sba.gov | Nov 05 2021 20:24:39 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, Al 35211-6424 |
| 516621241 | + | EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Venus, PO Box 659617, San Antonio, TX 78265-9617 |
| 516621242 | + | EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 516621243 | + | EDI: WFFC.COM | Nov 06 2021 00:13:00 | Wells Fargo, PO Box 522, Des Moines, IA 50306-0522 |
| 516793234 |  | EDI: WFFC.COM | Nov 06 2021 00:13:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516621228 |  | Lending Tree |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Thomas | on behalf of Debtor Joseph Rodriguez brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Tracie L. Rodriguez brian@brianthomaslaw.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 61

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor HomeBridge Financial Services  Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Meltzer | on behalf of Creditor Onemain Financial of Pennsylvania  Inc. pmeltzer@wglaw.com, ibernatski@wglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8