Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−11905−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Joseph Rodriguez | Tracie L. Rodriguez |
|---|---|
| 139 Bonita Drive | 139 Bonita Drive |
| Egg Harbor Township, NJ 08234 | Egg Harbor Township, NJ 08234 |

Social Security No.:
   xxx−xx−6199                                    xxx−xx−6016

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 7, 2021</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                        Judge, United States Bankruptcy Court